**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **HECTOR ALEJANDRO NOEGGERATH,** § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:15-cv-00536-K |
| **CHASE MANHATTAN MORTGAGE,** § | |
| **A DIVISION OF JPMORGAN CHASE** § | |
| **BANK, N.A. D/B/A CHASE,** § | |
| Defendant. § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED
PERSONS AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.4 and Fed. R. Civ. P. 7.1, JPMorgan Chase Bank, N.A., incorrectly sued as "Chase Manhattan Mortgage, a Division of JPMorgan Chase Bank, N.A. d/b/a Chase," submits the following Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation and which provides a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or other legal entities that are financially interested in the outcome of the case.

1. <u>Plaintiff</u>:  Hector Alejandro Noeggerath is an individual citizen of Texas.

2. <u>Plaintiffs' counsel</u>:  James J. Manchee and Marilyn S. Altamira, Manchee & Manchee, P.C.

3. <u>Defendant</u>:  JPMorgan Chase Bank, N.A., is a wholly-owned subsidiary of JPMorgan Chase & Co., a publicly traded company (trading symbol: JPM).

4. <u>Defendant's Counsel</u>:  Wm. Lance Lewis and Kenneth A. Hill, Quilling, Selander, Lownds, Winslett & Moser, P.C.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS
    WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201-4240
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
    Wm. Lance Lewis
    Texas Bar No. 12314560
    Kenneth A. Hill
    Texas Bar No. 09646950
    llewis@qslwm.com
    kenhill@qslwm.com
ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel for Plaintiff.

    */s/Kenneth A. Hill*
    Kenneth A. Hill

4850-0284-2914, v. 1