**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| HECTOR ALEJANDRO NOEGGERATH, | § § | |
| Plaintiff, | § § | Civil Action No. 3:15-cv-00536-K |
| VS. | § § | |
| CHASE MANHATTAN MORTGAGE, A DIVISION OF JP MORGAN CHASE BANK, N.A. D/B/A CHASE, | § § § § | |
| Defendant. | § § | |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff, Hector Alejandro Noeggerath, hereby gives notice of serving his Initial Disclosures required by Federal Rules of Civil Procedure 26(a)(1) on Defendant, JP Morgan Chase Bank, N.A, named in Plaintiff's Complaint as Chase Manhattan Mortgage, a Division of JP Morgan Chase Bank, N.A., d/b/a Chase.

Respectfully submitted,

__/s/ James J. Manchee_____
James J. Manchee
State Bar Number 00796988
Marilyn S. Altamira
State Bar Number 00796119
MANCHEE & MANCHEE PC
12221 Merit Drive, Suite 950
Dallas, Texas 75251
(972) 960-2240 (telephone)
(972) 233-0713 (fax)
jim@mancheelawfirm.com

COUNSEL FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2015, I sent a true and correct copy of the above notice and Plaintiff's Rule 26(a)(1) Initial Disclosures by certified mail, return receipt requested to opposing counsel of record, Kenneth A. Hill, Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201.

        /s/ James J. Manchee
    James J. Manchee